SOPHIA SHATZ, Respondent, v. BETH DAVID HOSPITAL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within ten days from service of order upon payment of said costs and the costs as provided for in the order appealed from. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PERCY GRANT, Respondent, v. ANTHONY J. CLEMENTO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BOOTH AND FLINN, LTD., Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EVA LEVINE, Respondent, v. PECK & HILLS FURNITURE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN RAHL, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CANADIAN INDUSTRIAL ALCOHOL COMPANY, LTD., Respondent, v. DUNBAR MOLASSES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JACOB J. KIRSHENBAUM, Respondent, v. GENERAL OUTDOOR ADVERTISING Co., INC., Appellant, and ELIZABETH W. CHAPMAN, Appellant, Respondent.— Judgment affirmed, with costs to the plaintiff, respondent, against the appellants. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOHN GLASER and JUSTINA GLASER, Respondents, v. NAGREN REALTY COR-PORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Town-ley, JJ.

THOMAS J. LAVAN, Appellant, v. STERLING MOTOR TRUCK COMPANY OF NEW YORK, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.